IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRANDON WAYNE BROWN, )
)
          Petitioner, )
)
v. ) Case No. CIV-16-1426-R
)
TERRY ROYAL, Warden, and )
MIKE HUNTER, Attorney General )
Of the State of Oklahoma, )
)
          Defendants. )

## ORDER

Petitioner filed this action challenging the constitutionality of a conviction in the District Court of Cleveland County, State of Oklahoma, pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Bernard M. Jones for preliminary review. On October 30, 2017, Judge Jones issued a Report and Recommendation recommending that the Petition be denied. The record reflects that Petitioner has not filed an objection to the Report and Recommendation nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety, and the Petition is hereby DENIED. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 27th day of November 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE